1  LYSSA S. ANDERSON
   Nevada Bar No. 5781
2  RYAN W. DANIELS
   Nevada Bar No. 13094
3  KAEMPFER CROWELL
   1980 Festival Plaza Drive, Suite 650
4  Las Vegas, Nevada 89135
   Telephone: (702) 792-7000
5  Fax: (702) 796-7181
   landerson@kcnvlaw.com
6  rdaniels@kcnvlaw.com
   *Attorneys for Defendants*
7  *Thomas Striemer and Jacob Luna*

8

                    **UNITED STATES DISTRICT COURT**
9
                        **DISTRICT OF NEVADA**
10

| | |
|---|---|
| SHANICE BURTON, as power of attorney for MICHAEL JEFFERSON, an individual, | Case No.:   2:23-cv-01456-GMN-EJY |
| Plaintiff(s), | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| OFFICER JACOB LUNA, an individual; and OFFICER THOMAS STRIEMER, an individual, | |
| Defendants. | |

11
12
13
14
15
16
17

Defendants Thomas Striemer and Jacob Luna ("LVMPD Defendants") by and through

their counsel, Kaempfer Crowell, and Shanice Burton, as power of attorney for Michael

Jefferson ("Plaintiff"), by and through their counsel, Lagomarsino Law, stipulate and agree that

all of Plaintiff's claims are hereby dismissed against all LVMPD Defendants, with prejudice,

…

…

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

20240314 SAO to Dismiss w_ Prejudice (rvsd)   6943.290

Page 1 of 2

with each party to bear their own attorney fees and costs.

DATED this 14th day of March, 2024.                DATED this 14th day of March, 2024.

LAGOMARSINO LAW                                     KAEMPFER CROWELL

By:  /s/                                            By:  /s/ Lyssa S. Anderson
     ANDRE LAGOMARSINO                                   LYSSA S. ANDERSON
     (Nevada Bar No. 6711)                               (Nevada Bar No. 5781)
     CRISTINA A. PHIPPS                                  RYAN W. DANIELS
     (Nevada Bar No. 16440)                              (Nevada Bar No. 13094)
     3005 West Horizon Ridge Pkwy.,                      1980 Festival Plaza Drive, Ste. 650
     #241                                                Las Vegas, Nevada  89135
     Henderson, NV 89052
                                                    *Attorneys for Defendants*
*Attorneys for Plaintiff*                           *Thomas Striemer and Jacob Luna*

## **ORDER**

IT IS SO ORDERED.  The Motion to Amend Complaint, (ECF No. 18), is **DENIED** as moot.  The Clerk of Court is instructed to close the case.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: _March 22, 2024_____